UNITED STATES DISTRICT COURT

DISTRICT MARYLAND

| | |
|---|---|
| **U.S. Army ROTC ECP Cadet JOHN DOE**<br><br>        Plaintiff<br><br>v.<br><br>**JOSEPH R. BIDEN, JR.**,<br>in his official capacity as President of the United States of America;<br><br>**LLOYD J. AUSTIN, III**,<br>individually and in his official capacity as Secretary of Defense, United States Department of Defense; and<br><br>**CHRISTINE ELIZABETH WORMUTH,**<br>individually and in her official capacity as United States Secretary of the Army,<br><br>        Defendants | Case No.: 1:22-cv-691 |

**PLAINTIFF'S MOTION TO SEAL**

1.    Plaintiff respectfully requests that the Court seal the document filed as ECF #3 in this matter as it is a copy of the Complaint filed in this matter and in the name of the Plaintiff and with address of same. Plaintiff has pending a Motion to Proceed Pseudonymously pending before the Court.

Respectfully submitted this 21ST day of March, 2022.


Marc D. Schifanelli, Esquire

*Marc Schifanelli*

District Bar No. 27753
P.O. Box 1023
Stevensville, Maryland 21666
240-882-2402
marc@schiflaw.com

Counsel for the Plaintiff